# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **RAY GOORAH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Secretary FRANK KENDALL,**<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:24-cv-00322-TES** |

## ORDER GRANTING DEFENDANT'S
## PARTIAL MOTION TO DISMISS

Plaintiff Ray Goorah filed a Complaint [Doc. 1] on September 18, 2024, against Defendant Frank Kendall alleging Title VII discrimination claims along with a claim for punitive damages. On December 26, 2024, Secretary Kendall filed a Partial Motion to Dismiss [Doc. 7], asking the Court to dismiss Plaintiff's claim for punitive damages. *See* [Doc. 7, p. 8 ("Title VII plaintiffs may not recover punitive damages against governments and government agencies or political subdivisions.")]. Plaintiff responded by supporting "the dismissal for punitive damages since there is no legal basis for punitive damages recovery against a federal employer." [Doc. 11, p. 1].

Accordingly, the Court **GRANTS** Secretary Kendall's Partial Motion to Dismiss [Doc. 7] and **DISMISSES** Plaintiff's claim for punitive damages.

[*signature and date on following page*]

**SO ORDERED**, this 6th day of January, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
