IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RAY GOORAH,                                          *

               Plaintiff,                  *

v.                                                                     Case No. 5:24-cv-322-TES

                                 *

TROY MEINK, SECRETARY,
DEPARTMENT OF THE AIR FORCE,      *

               Defendant.                *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 4, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

    This 4th day of March, 2026.

                              David W. Bunt, Clerk

                              s/ Elizabeth S. Long, Deputy Clerk